## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROLYNN ROE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 16-5520** |
| | : | |
| **THE MCKEE MANAGEMENT** | : | |
| **ASSOCIATES, INC,** *et al* | : | |

### ORDER

**AND NOW**, this 21st day of February 2017, upon consideration of Plaintiff's Motion for leave to file a second amended complaint (ECF Doc. No. 16), Defendants' Response (ECF Doc. No. 22), following oral argument and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion for leave (ECF Doc. No. 16) is **GRANTED:**

1.      No later than **February 23, 2017,**   Plaintiff may file a Second Amended Complaint entirely consistent with the accompanying Memorandum and properly identifying the two Defendants, the harm (described during oral argument) arising from alleged post-termination adverse employment actions and deleting a claim of protected activity based on refusing to sign the June or August release;

2.      Defendants shall file a response mindful of the accompanying Memorandum no later than **March 3, 2017;**

3.      No later than **March 6, 2017,** Plaintiff shall file more fulsome stipulation of undisputed facts signed by both counsel as required by our January 27, 2017 Order (ECF Doc. No. 9) evidencing counsels' good faith narrowing of the disputed fact issues required to be evaluated in focused discovery; and,

4.      Plaintiff shall immediately expedite the production of requested medical records for production no later than **March 10, 2017** and both parties are granted leave to issue no more

than forty interrogatories to assist in reducing deposition expense.

_____
KEARNEY, J.